[No. 412-3.    Division Three.    June 8, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY J. KOHOUT, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 59208, Albert N. Bradford, J., entered May 10, 1971. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Evans, JJ.

[No. 493-3.    Division Three.    June 9, 1972.]

SEATTLE-FIRST NATIONAL BANK, PASCO BRANCH, *Respondent*, v. ROBERT L. GIER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 25544, John A. Denoo, J., entered June 22, 1971. *Affirmed* by unpublished per curiam opinion.

[No. 496-3.    Division Three.    June 12, 1972.]

PEOPLES NATIONAL BANK OF WASHINGTON, *Respondent*, v. STERLING WHITENER *et al., Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 20180, Felix Rea, J., entered July 30, 1971. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Evans, JJ.

[No. 930-1.    Division One—Panel 1.    June 12, 1972.]

KARL RIECHE *et al., Appellants*, v. CHESTER A. CURTIS *et al., Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 701769, Richard J. Ennis, J., entered October 13, 1970. *Reversed* by unpublished opinion per Horowitz, C.J., concurred in by Williams and Callow, JJ.